NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Powerhouse Legal, P.C.
Marc Y. Lazo, SBN: 215998
Alexander A. Powers, SBN: 350967
21163 Newport Coast Dr. #245
Newport Beach, CA 92657
Phone No.: (949) 791-4050

ATTORNEY(S) FOR:  Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated<br><br>Plaintiff(s),<br>v.<br>BARCLAYS PLC, a public limited company; JAMES E. STALEY, an individual; and DOES 1-10 inclusive<br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Plaintiff Jane Doe _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Jane Doe (Plaintiff) | 1. Plaintiff and Class Representative |
| 2. Barclays PLC | 2. Defendant |
| 3. James E. Staley | 3. Defendant |

May 28, 2026
_____
Date

_____
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Jane Doe