Arwen R. Johnson, CA Bar No. 247583
  arwen.johnson@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Los Angeles, California 90071
Tel: (213) 443-4355

Christopher E. Duffy (*pro hac vice* forthcoming)
  cduffy@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 556-2368

*Attorneys for Defendant*
BARCLAYS PLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, a public limited company; JAMES E. STALEY, an individual; and DOES 1-10 inclusive,<br><br>      Defendants. | Case No. 8:26-cv-01377-MRA-KES<br><br>**NOTICE OF RELATED CASES**<br><br>Judge: Hon. Mónica Ramírez Almadani |

---

NOTICE OF RELATED CASES

Pursuant to Local Rule 83-1.3.1, defendant Barclays PLC ("Barclays") hereby provides notice of the following related case currently pending in the United States District Court for the Central District of California: *Jane Doe v. Aaron Simpson, et al.*, Case No. 2:25-cv-09942, which was removed to federal court on October 16, 2025, and is currently pending before the Honorable Wesley L. Hsu, United States District Judge ("*Doe v. Simpson*").

Local Rule 83-1.3.1 requires parties to provide notice of related cases "whenever two or more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially similar questions of law and fact; or (c) for other reasons that would entail substantial duplication of labor if heard by different judges." C.D. Cal. L.R. 83-1.3.1.

*Doe v. Simpson* arises from the same or closely related allegations as those that underpin the complaint in the instant action. In particular, both cases arise from allegations that Aaron Simpson and another defendant in *Doe v. Simpson*, Quintessentially (UK) Limited ("Quintessentially"), participated in, facilitated, or benefited from an unlawful business venture. For example, the operative complaint in *Doe v. Simpson* makes substantially identical allegations as the complaint in the instant action regarding an alleged event on which both lawsuits rely heavily. Moreover, these allegations suggest that both cases may involve the same Jane Doe plaintiff.

Both actions also call for the determination of the same or substantially similar questions of law. For example, both actions assert claims under the Trafficking Victims Protection Act ("TVPA") and ask the Court to determine substantially similar questions concerning the alleged venture, Aaron Simpson's role, the alleged use of social events—and related travel and lodging arrangements—to facilitate the alleged criminal enterprise. Both complaints plead overlapping TVPA theories of liability.

Additionally, both cases were filed by the same counsel, Marc Y. Lazo and Alexander A. Powers.

For these reasons, Barclays respectfully submits that the foregoing cases are related because the two actions satisfy all three prongs contemplated by Local Rule 83-1.3.1.

As explained in the first motion for extension of time filed by Barclays today, it is Barclays' position that it has not yet been served with the complaint in a manner that conforms with the applicable rules. However, without waiver of any objections regarding sufficiency of service, personal jurisdiction, or any other matter, Barclays has sought to clarify the schedule in this case through that motion for extension of time, and therefore is also filing this Notice of Related Case to ensure conformity with this District's local rules, in particular, Local Rule 83-1.3.1.

NOTICE OF RELATED CASES

Dated: July 29, 2026

Respectfully submitted,

/s/*Arwen R. Johnson*

Arwen R. Johnson
arwen.johnson@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Los Angeles, CA 90071
Tel: (213) 443-4355

Christopher E. Duffy (*pro hac vice* forthcoming)
cduffy@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 556-2368

*Attorneys for Defendant*
BARCLAYS PLC

4
NOTICE OF RELATED CASES