Arwen R. Johnson, CA Bar No. 247583
  *arwen.johnson@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street
Los Angeles, California 90071
Tel: (213) 443-4355

Christopher E. Duffy (*pro hac vice* forthcoming)
  *cduffy@kslaw.com*
**KING & SPALDING LLP**
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 556-2368

*Attorneys for Defendant*
BARCLAYS PLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, a public limited company; JAMES E. STALEY, an individual; and DOES 1-10 inclusive,<br><br>        Defendants. | Case No. 8:26-cv-01377-MRA-KES<br><br>**FIRST MOTION FOR EXTENSION OF TIME**<br><br>Judge: Hon. Mónica Ramírez Almadani<br><br>Date: September 1, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 9B |

FIRST MOTION FOR EXTENSION OF TIME

**TO THE COURT, PLAINTIFF, AND HER ATTORNEYS:**

**PLEASE TAKE NOTICE** that on September 1, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the above-entitled court, Defendant Barclays PLC ("Barclays") will, and hereby does, move this Court for an order establishing (1) September 28, 2026 as the deadline for Barclays to respond to the complaint; and (2) that if service has not been effected by September 28, 2026, Barclays may challenge the sufficiency of service in its responsive pleading.

Specifically, Barclays has not yet received confirmation that it has been properly served with the complaint in this action. In the interest of providing clarity on the scheduling of this matter, Barclays respectfully requests the Court enter the Proposed Order accompanying this Motion.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the supporting Declaration of Christopher E. Duffy, all papers and records already on file with the Court, and the arguments of counsel at the hearing. This Motion is made following conferences of counsel pursuant to Local Rule 7-3, which took place on July 20 and July 29, 2026, by telephone.

FIRST MOTION FOR EXTENSION OF TIME

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Specially appearing Defendant Barclays PLC ("Barclays") respectfully moves, pursuant to Rule 5 of this Court's Procedures and Federal Rule of Civil Procedure 6(b)(1)(A), for an extension of sixty (60) days from today's date, through and including September 28, 2026, to respond to the complaint in this action. Good cause exists for this extension as set forth below.

Barclays has not yet received confirmation that it has been properly served with the complaint in this action. To Barclays' knowledge, Plaintiff made certain efforts to serve the complaint in mid-July 2026. Declaration of Christopher E. Duffy in Support of Defendant Barclays PLC's First Motion for Extension of Time ¶¶ 4–5. However, Barclays is located in England. *Id.* ¶ 3. Accordingly, service must comply with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention"), which requires authorization from the Senior Master of the King's Bench Division of the High Court pursuant to Article 5. *Id.* ¶ 6. In an effort to ascertain whether Plaintiff obtained the requisite authorization before attempting service, Barclays' counsel sent a letter to Plaintiff's counsel requesting a copy of any such authorization. *Id.* ¶ 14. Plaintiff's counsel has not responded to that request and has provided no proof of authorization to serve Barclays through a process that comports with the Hague Service Convention. *Id.* ¶ 17.

Because, to Barclays' knowledge, proper service has not been effected, no deadline to respond currently exists. Nevertheless, in light of Plaintiff's counsel's failure to respond to Barclays' inquiry regarding service, and in the interest of providing clarity on the scheduling of this matter, Barclays respectfully requests that the Court establish a presumptive deadline of September 28, 2026 for Barclays to respond to the complaint. If service has not been properly effected by that date, Barclays reserves the right to challenge the sufficiency of service in its responsive

pleading. This length of time is also appropriate given the length of the complaint and number of allegations.

Additionally, Defendant James E. Staley ("Staley") is also named as a defendant in this matter, and to Barclays' knowledge, no effort has been made to serve him. *Id.* ¶¶ 11–12. A response deadline of September 28, 2026 would provide sufficient time for both Barclays and Staley to be properly served, promoting efficiency and conserving judicial resources.

Because Barclays' understanding is that no deadline to respond currently exists, this motion is timely under Rule 5 of this Court's Procedures, which requires that any request for an extension be made not later than five (5) court days prior to the expiration of the scheduled date.

For the foregoing reasons, Barclays respectfully requests that the Court grant this motion and establish September 28, 2026 as the deadline for Barclays to respond to the complaint.

FIRST MOTION FOR EXTENSION OF TIME

Dated: July 29, 2026

Respectfully submitted,

/s/*Arwen R. Johnson*
Arwen R. Johnson
arwen.johnson@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Los Angeles, CA 90071
Tel: (213) 443-4355

Christopher E. Duffy (*pro hac vice* forthcoming)
cduffy@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 556-2368

*Attorneys for Defendant*

BARCLAYS PLC

3

FIRST MOTION FOR EXTENSION OF TIME

# CERTIFICATE OF COMPLIANCE

Pursuant to Civil L.R. 11-6.2, the undersigned counsel of record for Defendant Barclays PLC ("Barclays") certifies that this brief contains 478 words, which complies with the word limit of L.R. 11-6.1.

Dated: July 29, 2026

Respectfully submitted,

/s/ *Arwen R. Johnson*
Arwen R. Johnson
arwen.johnson@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Los Angeles, CA 90071
Tel: (213) 443-4355

Christopher E. Duffy (*pro hac vice* forthcoming)
cduffy@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 556-2368

*Attorneys for Defendant*
BARCLAYS PLC