**POWERHOUSE LEGAL, P.C.**
MARC Y. LAZO, SBN: 215998
ALEXANDER A. POWERS, SBN: 350967
21163 Newport Coast Dr. #245
Newport Beach, CA 92657
Phone No.: (949) 791-4050
Fax No.: (949) 791-4224
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, a public limited company; JAMES E. STALEY, an individual; and DOES 1-10 inclusive,<br><br>Defendants. | CASE No.: 8:26-cv-01377-WLH-(ASx)<br><br>Judge: Hon. Wesley L. Hsu<br><br>**NOTICE OF ERRATA TO OPPOSITION TO DEFENDANT BARCLAYS PLC'S *EX PARTE* APPLICATION TO "BIFURCATE BRIEFING ON FORTHCOMING MOTION TO DISMISS"**<br><br>Action Filed: May 28, 2026<br>Trial Date: None Set |

Plaintiff Jane Doe hereby respectfully submits this Notice of Errata to correct Plaintiff's Opposition (Dkt. 24; "Opposition") to the *Ex Parte* Application to "Bifurcate Briefing on Forthcoming Motion to Dismiss" (Dkt. 21; "Application") filed by Defendant Barclays PLC ("Defendant" or "Barclays"). Plaintiff files this Notice in order to correct the following inadvertent errors:[1]

1. The following portion of Footnote 2 on Page 4 should be corrected to read: "Not surprisingly, *contrary to Mr. Duffy's assertion, the representation that the Tremblay case stands for the proposition that Barclays' anticipated motion(s) is not only recognized, but preferable in this case*, appears nowhere in the Application, . . . ."
2. Page 5:17 should be corrected to state " . . . other than the *Tremblay* case, which they did not include in the Application *to support their contention that bifurcation was not only recognized, but preferable in this case*."
3. The correct citation for the *Tremblay* case is: *Tremblay v. OpenAI, Inc.*, 742 F. Supp. 3d 1054 (N.D. Cal. 2024), not as was cited in the Opposition and supporting papers.

Dated: August 31, 2026 POWERHOUSE LEGAL, P.C.

Marc Lazo
Alexander Powers
Attorneys for Plaintiff

[1] The corrected language is emphasized in the relevant enumeration.