**POWERHOUSE LEGAL, P.C.**
MARC Y. LAZO, SBN: 215998
21163 Newport Coast Dr. #245
Newport Beach, CA 92657
Phone No.: (949) 791-4050
Fax No.: (949) 791-4224

**KING & SPALDING LLP**
CHRISTOPHER E. DUFFY
ARWEN R. JOHNSON, SBN: 247583
633 West Fifth Street
Los Angeles, CA 90071
Phone No.: (213) 443-4355

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, a public limited company; JAMES E. STALEY, an individual; and DOES 1-10 inclusive,<br><br>Defendants. | CASE No.: 8:26-cv-01377-WLH-(ASx)<br><br>Judge: Hon. Wesley L. Hsu<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT BARCLAYS PLC TO CONTINUE THE HEARING ON PHASE ONE OF BARCLAYS PLC'S MOTION TO DISMISS [DKT. 27]**<br><br>[Proposed Order Filed Concurrently herewith]<br><br>Date: October 2, 2026<br>Time: 1:30 p.m.<br>Courtroom: 9B |

This Stipulation is made by and between Plaintiff JANE DOE, ("Plaintiff"), on one hand, and Defendant BARCLAYS PLC ("Barclays"), on the other, by and through their respective counsel of record, and is based on the following Recitals:

**RECITALS**

**WHEREAS**, a hearing on Barclays' first phase of its yet to be filed but anticipated Motion to Dismiss ("Motion") is currently scheduled for October 2, 2026;

**WHEREAS**, pursuant to the Court's orders [Dkt. 26 & 27], Barclays anticipates filing its Motion and the first phase of its briefing on the Motion by September 28, 2026;

**WHEREAS**, in order to allow Plaintiff to have sufficient time to file an Opposition and Barclays to have sufficient time to file a Reply in accordance with Local Rules 6-1, 7-9, and 7-10, the October 2 hearing should be continued;

**NOW, THEREFORE,** based upon the foregoing Recitals, Plaintiff and Barclays hereby stipulate to the following:

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between Plaintiff JANE DOE and Defendant BARCLAYS PLC, through their respective counsel of record, that:

1. The hearing on Barclays' first phase of its Motion to Dismiss [Dkt. 27] should be continued to November 4, 2026, at 1:30 p.m.

Dated: September 21, 2026

POWERHOUSE LEGAL, P.C.

Marc Lazo, Esq.
Attorneys for Plaintiff

Dated: September 21, 2026

KING & SPALDING LLP

Arwen Johnson, Esq.
Christopher Duffy, Esq.
Attorneys for Defendant Barclays PLC