**POWERHOUSE LEGAL, P.C.**
MARC Y. LAZO, SBN: 215998
ALEXANDER A. POWERS, SBN: 350967
21163 Newport Coast Dr. #245
Newport Beach, CA 92657
Phone No.: (949) 791-4050
Fax No.: (949) 791-4224

**KING & SPALDING LLP**
CHRISTOPHER E. DUFFY
ARWEN R. JOHNSON, SBN: 247583
633 West Fifth Street
Los Angeles, CA 90071
Phone No.: (213) 443-4355

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JANE DOE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BARCLAYS PLC, a public limited company; JAMES E. STALEY, an individual; and DOES 1-10 inclusive,

Defendants.

CASE No.: 8:26-cv-01377-WLH-(ASx)

Judge: Hon. Wesley L. Hsu

**NOTICE OF JOINT WITHDRAWAL OF STIPULATION BETWEEN PLAINTIFF AND DEFENDANT BARCLAYS PLC TO CONTINUE THE HEARING ON PHASE ONE OF BARCLAYS PLC'S MOTION TO DISMISS [DKT. 28]**

Action Filed: May 28, 2026
Trial Date: None Set

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This joint notice to withdraw is made by and between Plaintiff JANE DOE, ("Plaintiff"), on one hand, and Defendant BARCLAYS PLC ("Barclays"), on the other, by and through their respective counsel of record. Plaintiff and Defendant hereby respectfully withdraw the Stipulation Between Plaintiff JANE DOE and Defendant BARCLAYS PLC to Continue the Hearing on Phase One of BARCLAYS PLC'S Motion to Dismiss (DKT. 28) that Plaintiff erroneously filed. The parties submitted a new corrected Stipulation (DKT. 29) which is the operative one. The parties apologize for any inconvenience to this Court.

Dated: September 25, 2026

POWERHOUSE LEGAL, P.C.

Marc Lazo
Alexander Powers
Attorneys for Plaintiff

Dated: September 25, 2026

KING & SPALDING LLP

Christopher Duffy
Arwen Johnson
Attorneys for Defendant Barclays PLC