**POWERHOUSE LEGAL, P.C.**
MARC Y. LAZO, SBN: 215998
ALEXANDER A. POWERS, SBN: 350967
21163 Newport Coast Dr. #245
Newport Beach, CA 92657
Phone No.: (949) 791-4050
Fax No.: (949) 791-4224
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS PLC, a public limited company; JAMES E. STALEY, an individual; BARCLAYS BANK PLC, a public limited company; and DOES 1-10 inclusive,<br><br>Defendants. | CASE No.: 8:26-cv-01377-WLH-(ASx)<br><br>Judge: Hon. Wesley L. Hsu<br><br>**PLAINTIFF'S NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff Jane Doe ("Plaintiff") intends to file a First Amended Complaint ("FAC") as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B) on or before October 19, 2026, in light of the Motion to Dismiss filed by Defendant Barclays PLC ("Defendant"). [Dkt. 32 (the "Motion").]

Rule 15(a)(1)(B) allows a party to amend its pleading once as a matter of course no later than 21 days after service of a motion under rule 12(b), (e), or (f). The Motion was served via the Court's CM/ECF system on September 28, 2026. [Dkt. 32.] Plaintiff's 21-day period thus runs through October 19, 2026.

Plaintiff has not previously amended the Complaint, and no leave of Court or consent of the opposing parties is required.

An amended complaint supersedes the original complaint and becomes the operative pleading. (*Ramirez v. County of San Bernardino* (9th Cir. 2015) 806 F.3d 1002, 1008.) Once filed, the FAC will render the Motion—which concerns the original complaint—moot. (*Id*.) Plaintiff therefore respectfully asks that the Court take the Motion off calendar, vacate the hearing currently set for November 6, 2026, at 1:30 P.M., and suspend all related briefing deadlines. This includes Plaintiff's opposition deadline under Local Rule 7-9, which is no longer applicable.

Dated: October 16, 2026 POWERHOUSE LEGAL, P.C.

Marc Lazo
Alexander Powers
Attorneys for Plaintiff

# PROOF OF SERVICE
(C.C.P. Section 1013a and Section 2015.5)

I am employed in the County of Orange, State of California; I am over the age of eighteen years and not a party to the within action. My business address is 21163 Newport Coast Dr. #245, Newport Beach, CA 92657.

On October 16, 2026, I served the within **PLAINTIFF'S NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT** on the interested parties in said action as follows:

| | |
|---|---|
| KING & SPALDING LLP<br>CHRISTOPHER E. DUFFY<br>ARWEN R. JOHNSON, SBN: 247583<br>633 West Fifth Street<br>Los Angeles, CA 90071<br>Phone No.: (213) 443-4355<br>CDuffy@kslaw.com<br>arwen.johnson@kslaw.com | Attorneys for Defendants BARCLAYS PLC |

[ ] BY MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited within the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on mention of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[ ] BY PERSONAL SERVICE: I placed a true copy in a sealed envelope addressed to each person(s) named at the address(es) shown above and giving same to a messenger for personal delivery before 5:00 p.m. on the above mentioned date.

[X] BY ELECTRONIC SERVICE (C.C.P. § 1010.6 and pursuant to California Rules of Court, Emergency Rule 12.): I caused such document to be served on this date by electronic transmission

in accordance with standard procedures and to the e-mail address listed on the attached service list.

[ ] BY FACSIMILE: From facsimile number __________, I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached hereto.

[ ] BY FEDERAL EXPRESS: On the above mentioned date, I placed a true copy of the above mentioned document(s) in a sealed envelope or package designated by Federal Express with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by Federal Express to received documents.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on October 16, 2026 at Newport Beach, California.

Jewelyn Felix

JEWELYN FELIX